IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1250 |
| $5,510.00 IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 8th day of March, 2006, it is hereby ORDERED, ADJUDGED, and DECREED that the defendant $5,510.00 in United States Currency be, and hereby is, forfeited to the United States of America free and clear of all right, title and interest of any person or entity.

_____ J.